FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 09 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LA BARBERA, et al.,

                Plaintiffs,

- against -

A. MORRISON TRUCKING, INC.,

                Defendant.
------------------------------------------------------------X

**ORDER**

08 CV 3095 (RJD) (JO)

DEARIE, Judge.

      In a Report and Recommendation entered August 10, 2011, Magistrate Judge James Orenstein recommends that the Court (i) grant the plaintiffs' application for entry of judgment and for an award of reasonable attorneys' fees and costs and (ii) enter an order awarding the plaintiffs judgment in the amount of $995,888.65. No objections to the Report and Recommendation have been filed and the clock has run on the parties' time to do so. See 28 U.S.C. § 636; Fed. R. Civ. P. 72. Having independently considered the parties' submissions and the analysis of Magistrate Orenstein, the Court adopts the Report and Recommendation in its entirety and directs the Clerk to enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
       September 8, 2011

                                        s/Raymond J. Dearie
                                        RAYMOND J. DEARIE
                                        United States District Judge